R. & R. HANDKERCHIEF COMPANY v. BERTHA DIX.— Motion for leave to

appeal to Court of Appeals denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.